UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>   -v-<br><br>THE CITY OF NEW YORK<br>DEPARTMENT OF PARKS &<br>RECREATION, *et al.*,<br>      Defendants. | 25-CV-496 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

  Defendant The Historic House Trust waived service on January 27, 2025 (ECF No. 10), and Defendant The Van Cortlandt House Museum was served on June 6, 2025 (ECF No. 21). However, no appearance has been entered on either Defendant's behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

  Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or its counsel regarding a response to the complaint.

  If Plaintiff fails by July 24, 2025, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against the two Defendants who have failed to answer or appear, the action may be dismissed for failure to prosecute.

  Plaintiff is directed to serve a copy of this order by mail on the above-mentioned Defendants.

  SO ORDERED.

Dated: July 10, 2025
   New York, New York

                   _____
                      J. PAUL OETKEN
                     United States District Judge