UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

-against-

THE CITY OF NEW YORK
DEPARTMENT OF PARKS &
RECREATION, et al.,

    Defendants.

25-CV-00496 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Having received confirmation from counsel for the United States that the lapse in government funding does not preclude settlement proceedings in this matter, the settlement conference scheduled for October 7, 2025 will proceed as planned.

Dated: New York, New York
       October 3, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**